ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LINDA K. SALTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. SALTER,<br><br>        Plaintiff,<br><br>    vs.<br><br><br><br>CAROLOS HERNANDEZ, BETTY RODRIGUEZ, RUSS PETTIS, and DOES 1-25,<br><br>        Defendants. | Case No.: 1:12-CV-01852-LJO-SAB<br><br><br><br><br>ORDER TO CONTINUE FILING OF AMENDED COMPLAINT |

   Plaintiff Linda K. Salter, by and through her counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

   1. By previous order, Plaintiff is to file no later than February 14, 2013, an amended complaint to cure deficiencies in its original complaint.

   2. By this stipulation, Plaintiff now moves to continue the filing of the amended complaint until February 21, 2013. Defendants do not oppose this request.

///

///

- 1 -

IT IS SO STIPULATED.

Dated: February 14, 2013

        */s/ Jennifer Marquez*
        Deputy Attorney General
        Attorney for Defendants

Dated: February 14, 2013

        */s/ Anthony P. Capozzi*
        Anthony P. Capozzi
        Attorney for Plaintiff

**ORDER**

**IT IS ORDERED** that the Amended Complaint currently scheduled to be filed on February 14, 2013, is continued to February 21, 2013.

IT IS SO ORDERED.

Dated: **February 14, 2013**

UNITED STATES MAGISTRATE JUDGE