ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Plaintiff,
LINDA K. SALTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. SALTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLOS HERNANDEZ, BETTY RODRIGUEZ, RUSS PETTIS, and DOES 1-25,<br><br>　　　　Defendants. | Case No.: 1:12-CV-01852-LJO-SAB<br><br>STIPULATION AND ORDER TO CONTINUE FILING OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>Date: April 22, 2013<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Hon. Lawrence J. O'Neill |

　　Plaintiff Linda K. Salter, by and through her counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

　　1. Plaintiff is to file no later than April 8, 2013, a response to Defendant's Motion to Dismiss.

　　2. By this stipulation, Plaintiff now moves to continue the filing of the Plaintiff's Response to Defendant's Motion to Dismiss until April 22, 2013. Defendants do not oppose this request.

3. By this stipulation, Plaintiff now requests that the hearing scheduled for April 22, 2013, be continued to May 13, 2013, to allow time for Plaintiff and Defendants to respond to the motions.

IT IS SO STIPULATED.

Dated: March 27, 2013           */s/ Jennifer Marquez*
                                Deputy Attorney General
                                Attorney for Defendants

Dated: March 27, 2013           */s/ Anthony P. Capozzi*
                                Anthony P. Capozzi
                                Attorney for Plaintiff
                                LINDA K. SALTER

### ORDER

**IT IS ORDERED** that the Plaintiff's Response to Defendant's Motion to Dismiss currently scheduled to be filed on April 8, 2013, is continued to **April 22, 2013**. The Motion hearing currently scheduled for April 22, 2013, is continued to **May 13, 2013**.

IT IS SO ORDERED.

Dated:  **March 27, 2013**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE