ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Plaintiff,
LINDA K. SALTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. SALTER,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CAROLOS HERNANDEZ, BETTY RODRIGUEZ, RUSS PETTIS, and DOES 1-25,<br><br>　　　Defendants. | ) Case No.: 1:12-CV-01852-LJO-SAB<br>)<br>)<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE FILING OF<br>) PLAINTIFF'S RESPONSE TO<br>) DEFENDANT'S MOTION TO<br>) DISMISS<br>)<br>) **_PROPOSED ORDER REVISED BY_**<br>) **_COURT_**<br>)<br>)<br>)<br>) |

Plaintiff Linda K. Salter, by and through her counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff is to file no later than April 22, 2013, a response to Defendant's Motion to Dismiss.

2. By this stipulation, Plaintiff now moves to continue the filing of the Plaintiff's Response to Defendant's Motion to Dismiss until May 21, 2013. Defendants do not oppose this request.

3. By this stipulation, Plaintiff now requests that the motion hearing scheduled for May 13, 2013, be continued to June 10, 2013, to allow time for Plaintiff and Defendants to respond to the motions.

IT IS SO STIPULATED.

Dated: April 18, 2013
/s/ Jennifer Marquez
Deputy Attorney General
Attorney for Defendants

Dated: April 18, 2013
/s/ Anthony P. Capozzi
Anthony P. Capozzi
Attorney for Plaintiff
LINDA K. SALTER

**ORDER**

Based on the parties' stipulation and this Court's practice, this Court:

1. VACATES the May 13, 2013 hearing on defendants' motion to dismiss;

2. ORDERS plaintiff, no later than May 21, 2013, to file and serve papers to either oppose defendants' motion to dismiss or to dismiss voluntarily this action;

3. ORDERS defendants, no later than May 28, 2013, to file and serve, at their option, reply papers for their motion to dismiss.

This Court will consider the motion to dismiss on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   __April 18, 2013__                    ___/s/ Lawrence J. O'Neill___
                                                              UNITED STATES DISTRICT JUDGE